UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LESCHER, BARRY C § Case No. 05-50181 ABG
LESCHER, IRENE M §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 09/17/2010 in Courtroom B,
        Park City Branch Court
        301 Greenleaf Avenue
        Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: _____
                                                                Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LESCHER, BARRY C § Case No. 05-50181 ABG
LESCHER, IRENE M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,676.48 |
| and approved disbursements of | $ | 38.40 |
| leaving a balance on hand of[1] | $ | 8,638.08 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
_____    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee:* JOSEPH E. COHEN | $ 1,617.67 | $ 0.00 |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,432.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *DISCOVER BANK/DISCOVER FINANCIAL SERVICES* | $ 6,358.93 | $ 599.79 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---:|---:|
| 000002 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 6,867.12 | $ 647.72 |
| 000003 | Doctors Clinic Wi Rapids | $ 40.00 | $ 3.77 |
| 000004 | J-2 Concrete | $ 963.00 | $ 90.83 |
| 000005 | Pentagon Federal Credit Union | $ 4,435.07 | $ 418.33 |
| 000006 | B-Line, LLC/Chase Bank USA, N.A. | $ 8,116.62 | $ 765.58 |
| 000007 | Kohls/Chase Bank USA,N.A. | $ 88.17 | $ 8.32 |
| 000008 | Wonder Lake Veterinary Clinic, Ltd. | $ 864.63 | $ 81.55 |
| 000009 | LVNV Funding LLC as assignee of Citi | $ 6,741.65 | $ 635.89 |
| 000010 | eCAST Settlement Corp./Chase Bank USA NA | $ 10,801.43 | $ 1,018.81 |
| 000011 | eCAST Settlement Corp/ Chase Bank USA NA | $ 26,741.94 | $ 2,522.36 |
| 000012 | eCAST Settlement Corp/Chase Bank USA NA | $ 2,413.85 | $ 227.67 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 2                   Date Rcvd: Aug 04, 2010
Case: 05-50181                 Form ID: pdf006             Total Noticed: 59

The following entities were noticed by first class mail on Aug 06, 2010.
db         +Barry C Lescher,    976 Hidden Creek Dr,    Antioch, IL 60002-9362
jdb        +Irene M Lescher,    976 Hidden Creek Dr,    Antioch, IL 60002-9362
tr         +Joseph E Cohen, Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
10127586    America Online, Inc,    P.O.BOX 30623,    Tampa, FL 33630
10127587   +American Medical Collection Agency,    2269 S. Saw Mill River Road Bldg 3,
             Elmsford, NY 10523-3848
10127589   +Arrow Financial Services,    5996 W. Touhy Ave,    Niles, IL 60714-4610
10127590   +Baker, Miller, Markoff & Krasny,LLC,    29 N. Wacker Drive,    Chicago, IL 60606-3221
10127591   +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Praire, MN 55344-2000
10127595   +Centegra Northern Illinois Medical,    Center,    P.O.BOX 1447,    Woodstock, IL 60098-1447
10127596   +Centegra Primary Care, LLC,    3707 Doty Road, Suite G,    Woodstock, IL 60098-7530
10127597   +Central Wisconsin Radiologists, SC,    3410 Stanley Street,    Stevens Point, WI 54481-1381
10127598   +Chase Manhattan Bank U.S.A, N.A.,    P.O. BOX 15153,    Wilmington, DE 19886-5153
10127600   +Chase Manhattan Bank USA, N.A,    P.O.BOX 15651,    Wilmington, DE 19886-5651
10127601   +Chase Manhattan Bank USA, N.A.,    P.O.BOX 15153,    Wilmington, DE 19886-5153
10127603   +Cingular Wireless,    P.O.BOX 806055,    Chicago, IL 60680-4121
10127604   +Citi Cards,    P.O.BOX 688906,    Des Moines, IA 50368-8906
10127605   +Countrywide Mortgage,    PO Box 660694,    Dallas, TX 75266-0694
10127606   +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
10127610   +Doctors Clinic Wi Rapids,    P.O.BOX 8040,    Wisconsin Rapids, WI 54495-8040
10127611   +Encompass Insurance,    P.O.BOX 3589,    Akron, OH 44309-3589
10127612   +Encore Receivable Management,    P.O.BOX 3330,    Olathe, KS 66063-3330
10127613   +Evergreen Group,    2093 Rand Road,    Des Plaines, IL 60016-4727
10127614   +FBCS,    841 E. Hunting Park Ave,    Philadelphia, PA 19124-4800
10127615   +First Revenue Assurance,    7575 Corporate Way,    Minnetonka, MN 55344-2022
10127617   +J-2 Concrete,    P.O.BOX 1194,    Mchenry, IL 60051-9019
10127619   +LAC Holdings LLC,    4701 N East Lakeshore Dr,    Wonder Lake, IL 60097-8357
10127623    MCI Worldcom Communications,    P.O.BOX 80217,    Denver, CO 80217
10127624   +National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
10127626   +Nextel Communications,    P.O.BOX 4181,    Carol Stream, IL 60197-4181
10127630   ++PENTAGON FEDERAL CREDIT UNION,    ATTN BANKRUPTCY DEPARTMENT,    P O BOX 1432,    ALEXANDRIA VA,
             22313-1432
            (address filed with court: Pentagon Federal Credit Union,    P.O.BOX 456,    Alexandria, VA 22313)
11071200   ++PENTAGON FEDERAL CREDIT UNION,    ATTN BANKRUPTCY DEPARTMENT,    P O BOX 1432,    ALEXANDRIA VA,
             22313-1432
            (address filed with court: Pentagon Federal Credit Union,    Pob 1432,    Alexandria,VA 22313)
10127629   +Penn Credit Corporation,    P.O.BOX 988,    Harrisburg, PA 17108-0988
10127631   +Professional Placement Services,    P.O.BOX 612,    Milwaukee, WI 53201-0612
10127632   +Progressive Management Systems,    1521 W. Cameron Ave,    West Covina, CA 91790-2738
10127633   +Quest Diagnostic,    PO BOX 64804,    Baltimore, MD 21264-4804
10127636   +Riverview Hospital Association,    410 Dewey Street,    Wisconsin Rapids, WI 54494-4715
10127637   +Sears Gold Mastercard,    P.O.BOX 182156,    Columbus, OH 43218-2156
10127639   +Sprint PCS,    P.O.BOX 219554,    Kansas City, MO 64121-9554
10127640   +Stan’s Lumber,    P.O.BOX 40,    Twin Lakes, WI 53181-0040
10127642   +Stanley Weinberg & Associates,,    P.O.BOX 3352,    Glen Ellyn, IL 60138-3352
10127643   +Transworld Systems,    5880 Commerce Boulevard,    Rohnert Park, CA 94928-1644
10127644   +Tru Green Chemlawn,    28557 Ballard Drive,    Lake Forest, IL 60045-4547
10127645   +Wonder Lake Veterinary Clinic, Ltd.,    5609 Wonder Lake Road,    Wonder Lake, IL 60097-9082
11210880    eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
             Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Aug 04, 2010.
10127584   +E-mail/Text: KM@ARCONCEPTSINC.COM                            A/R Concepts, Inc.,
             33 W. Higgins Road, Suite 715,    Barrington, IL 60010-9103
10127585   +E-mail/Text: roy.buchholz@allianceoneinc.com                           Alliance One,
             4850 Street Rd. Level C,    Feasterville Trevose, PA 19053-6600
10127588   +E-mail/Text: RBALTAZAR@ARMORSYS.COM                           Armor Systems Corporation,
             2322 N. Green Bay Road,    Waukegan, IL 60087-4209
11072486   +E-mail/PDF: BNCEmails@blinellc.com Aug 05 2010 03:07:00     B-Line, LLC/Chase Bank USA, N.A.,
             Mail Stop 550,    2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
10127592   +E-mail/Text: jraichel@cms-collect.com                            Capital Management Services, Inc.,
             726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
10127593   +E-mail/Text: jraichel@cms-collect.com                            Capital Management Sevices, Inc.,
             726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
11051937   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 05 2010 03:07:48
             DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10127608    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 05 2010 03:07:48      Discover,   PO BOX 30395,
             Salt Lake City, UT 84130
10127616   +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2010 02:42:53     GE Money Bank for ABT TV/GEMB,
             P.O.BOX 960061,    Orlando, FL 32896-0061
10127618   +E-mail/PDF: cr-bankruptcy@kohls.com Aug 05 2010 03:09:55     Kohl’s,   P.O.BOX 3084,
             Milwaukee, WI 53201-3084
11096265   +E-mail/PDF: cr-bankruptcy@kohls.com Aug 05 2010 03:09:55     Kohls/Chase Bank USA,N.A.,
             c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
10127621   +E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV FUNDING,
             PO BOX 10497,    Greenville, SC 29603-0497
11191469    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citi,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
10127620   +E-mail/Text: idiaz2@co.lake.il.us                           Lake County Collector,
             18 N County Rd,    Waukegan, IL 60085-4361
10127634   +Fax: 301-858-1852 Aug 04 2010 23:36:20      R.A. Rogers, Inc.,    Collection Consultants,
             P.O.BOX 3302,    Crofton, MD 21114-0302
```

```
District/off: 0752-1               User: mflowers              Page 2 of 2                  Date Rcvd: Aug 04, 2010
Case: 05-50181                     Form ID: pdf006             Total Noticed: 59

The following entities were noticed by electronic transmission (continued)
                                                                                                 TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
10127599*    +Chase Manhattan Bank U.S.A, N.A.,   P.O.BOX 15153,   Wilmington, DE 19886-5153
10127602*    +Chase Manhattan Bank USA, N.A.,   PO BOX 15153,   Wilmington, DE 19886-5153
10127609*   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court:  Discover,    PO BOX 30395,    Salt Lake City, UT 84130)
10127638*    +Sears Gold Mastercard,   P.O.BOX 182156,   Columbus, OH 43218-2156
aty         ##+David H Cutler,   Cutler & Associates, Ltd.,   5550 W Touhy Ste 400,   Skokie, IL 60077-3253
10127594    ##+Capitol Recovery Service,   P.O.BOX 8700,   Jacksonville, FL 32239-8700
10127607    ##+Deerpath Physicians Group, Ltd,   350 S. Greenleaf Ave. #403,   Gurnee, IL 60031-5709
10127622    ##+M.R.S. Associates, Inc.,   P.O. BOX 8583,   Cherry Hill, NJ 08002-0583
10127625    ##+National Financial Systems, Inc,   600 W. John St,   P.O. BOX 9046,   Hicksville, NY 11802-9046
10127627    ##+Northern Illinois Collection,   P.O.BOX 287,   Waukegan, IL 60079-0287
10127628    ##+OSI Collection Services,   P.O.BOX 958,   Brookfield, WI 53008-0958
10127635    ##+Receivables Performance Management,   1930 220th St. SE, Suite 101,   Bothell, WA 98021-8410
10127641    ##+Stanley Weinberg & Associates,   800 Springer Drive,   Lombard, IL 60148-6413
                                                                                   TOTALS: 0, * 5, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2010**                    **Signature:**   _Joseph Speetjens_