**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LESCHER, BARRY C | § | Case No. 05-50181 |
| LESCHER, IRENE M | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 19,520.00 |
| Total Distributions to Claimants: 7,020.92 | Claims Discharged Without Payment: 67,411.49 |
| Total Expenses of Administration: 1,656.10 | |

3) Total gross receipts of $ 8,677.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,677.02 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,656.10 | 1,656.10 | 1,656.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 74,432.41 | 74,432.41 | 7,020.92 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 76,088.51 | $ 76,088.51 | $ 8,677.02 |

4) This case was originally filed under chapter 7 on 10/12/2005 . The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2010 By:/s/JOSEPH E. COHEN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| VEHICLE | 1229-000 | 8,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 177.02 |
| TOTAL GROSS RECEIPTS | | $ 8,677.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | 2100-000 | NA | 1,617.70 | 1,617.70 | 1,617.70 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 6.48 | 6.48 | 6.48 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 6.91 | 6.91 | 6.91 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.63 | 7.63 | 7.63 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.10 | 7.10 | 7.10 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.28 | 10.28 | 10.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 1,656.10 | **$** 1,656.10 | **$** 1,656.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| B-LINE, LLC/CHASE BANK USA, N.A. | 7100-000 | NA | 8,116.62 | 8,116.62 | 765.61 |
| DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | NA | 6,358.93 | 6,358.93 | 599.81 |
| DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | NA | 6,867.12 | 6,867.12 | 647.75 |
| DOCTORS CLINIC WI RAPIDS | 7100-000 | NA | 40.00 | 40.00 | 3.77 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 10,801.43 | 10,801.43 | 1,018.86 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 26,741.94 | 26,741.94 | 2,522.46 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 2,413.85 | 2,413.85 | 227.69 |
| J-2 CONCRETE | 7100-000 | NA | 963.00 | 963.00 | 90.84 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KOHLS/CHASE BANK USA,N.A. | 7100-000 | NA | 88.17 | 88.17 | 8.32 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | NA | 6,741.65 | 6,741.65 | 635.91 |
| PENTAGON FEDERAL CREDIT UNION | 7100-000 | NA | 4,435.07 | 4,435.07 | 418.34 |
| WONDER LAKE VETERINARY CLINIC, LTD. | 7100-000 | NA | 864.63 | 864.63 | 81.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ NA | $ 74,432.41 | $ 74,432.41 | $ 7,020.92 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 05-50181 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: LESCHER, BARRY C
LESCHER, IRENE M
For Period Ending: 12/11/10

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 10/12/05 (f)
341(a) Meeting Date: 12/06/05
Claims Bar Date: 03/06/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 660,000.00 | 25,000.00 | | 0.00 | 0.00 |
| 2. CHECKING | 620.00 | 0.00 | | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 4. APPAREL | 800.00 | 0.00 | | 0.00 | 0.00 |
| 5. VEHICLE | 1,600.00 | 0.00 | | 0.00 | 0.00 |
| 6. VEHICLE (u) | Unknown | 10,000.00 | | 8,500.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 177.02 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $664,520.00 | $35,000.00 | | $8,677.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF REAL ESTATE. TRUSTEE SOLD VEHICLE FOR $8,500.00. TRUSTEE TO EMPLOY ACCOUNTANT AND REVIEW CLAIMS. TRUSTEE PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/06 Current Projected Date of Final Report (TFR): 03/30/10

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-50181 -ABG
Case Name: LESCHER, BARRY C
LESCHER, IRENE M
Taxpayer ID No: *******9298
For Period Ending: 12/11/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9272 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/06 | 6 | BARRY LESCHER | Sale of Vehicle | 1229-000 | 8,500.00 | | 8,500.00 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.81 | | 8,501.81 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.06 | | 8,507.87 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.48 | 8,501.39 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.22 | | 8,508.61 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.99 | | 8,515.60 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.24 | | 8,522.84 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.01 | | 8,529.85 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.24 | | 8,537.09 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.25 | | 8,544.34 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.02 | | 8,551.36 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.27 | | 8,558.63 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.03 | | 8,565.66 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.27 | | 8,572.93 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.29 | | 8,580.22 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.58 | | 8,586.80 |
| 03/01/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond premium | 2300-000 | | 6.91 | 8,579.89 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.29 | | 8,587.18 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.06 | | 8,594.24 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.30 | | 8,601.54 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.06 | | 8,608.60 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.32 | | 8,615.92 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.32 | | 8,623.24 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.49 | | 8,628.73 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.50 | | 8,634.23 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 4.61 | | 8,638.84 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.13 | | 8,642.97 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-50181 -ABG
Case Name: LESCHER, BARRY C
LESCHER, IRENE M
Taxpayer ID No: *******9298
For Period Ending: 12/11/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9272 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.42 | | 8,646.39 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.06 | | 8,648.45 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.63 | 8,640.82 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.04 | | 8,642.86 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.77 | | 8,644.63 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.09 | | 8,645.72 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.07 | | 8,646.79 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 8,647.89 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 8,648.99 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.06 | | 8,650.05 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.84 | | 8,650.89 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.70 | | 8,651.59 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.44 | | 8,652.03 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,652.10 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,652.17 |
| 02/28/09 | 000304 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 7.10 | 8,645.07 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,645.15 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,645.34 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,645.56 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,645.78 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,646.00 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,646.22 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,646.43 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,646.64 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,646.86 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,647.08 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,647.30 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,647.50 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-50181 -ABG
Case Name: LESCHER, BARRY C
LESCHER, IRENE M
Taxpayer ID No: *******9298
For Period Ending: 12/11/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9272 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/10 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 10.28 | 8,637.22 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,637.44 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,637.65 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,637.87 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,638.08 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,638.29 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 8,638.52 |
| 09/15/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 8,638.62 |
| 09/15/10 | | Transfer to Acct #*******1396 | Final Posting Transfer | 9999-000 | | 8,638.62 | 0.00 |

Account *******9272

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 8,500.00 | 5 | Checks | | 38.40 |
| 57 | Interest Postings | 177.02 | 0 | Adjustments Out | | 0.00 |
| | | | 1 | Transfers Out | | 8,638.62 |
| | Subtotal | $ 8,677.02 | | | | |
| | | | | Total | $ | 8,677.02 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 8,677.02 | | | | |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-50181 -ABG
Case Name: LESCHER, BARRY C
LESCHER, IRENE M
Taxpayer ID No: *******9298
For Period Ending: 12/11/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1396 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/10 | | Transfer from Acct #*******9272 | Transfer In From MMA Account | 9999-000 | 8,638.62 | | 8,638.62 |
| 09/20/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,617.70 | 7,020.92 |
| 09/20/10 | 003002 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OH 43054 | Claim 000001, Payment 9.43256% | 7100-000 | | 599.81 | 6,421.11 |
| 09/20/10 | 003003 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OH 43054 | Claim 000002, Payment 9.43263% | 7100-000 | | 647.75 | 5,773.36 |
| 09/20/10 | 003004 | United States Bankruptcy Court<br>IL | Claim 000003, Payment 9.42500%<br>Doctors Clinic Wi Rapids<br>P.O.BOX 8040<br>Wisconsin Rapids, WI 54495 | 7100-000 | | 3.77 | 5,769.59 |
| 09/20/10 | 003005 | J-2 Concrete<br>P.O.BOX 1194<br>Mchenry, IL 60050 | Claim 000004, Payment 9.43302% | 7100-000 | | 90.84 | 5,678.75 |
| 09/20/10 | 003006 | Pentagon Federal Credit Union<br>Pob 1432<br>Alexandria,VA 22313 | Claim 000005, Payment 9.43255% | 7100-000 | | 418.34 | 5,260.41 |
| 09/20/10 | 003007 | B-Line, LLC/Chase Bank USA, N.A.<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA 98121 | Claim 000006, Payment 9.43262% | 7100-000 | | 765.61 | 4,494.80 |
| 09/20/10 | 003008 | Kohls/Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933 | Claim 000007, Payment 9.43632% | 7100-000 | | 8.32 | 4,486.48 |

FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-50181 -ABG
Case Name: LESCHER, BARRY C
LESCHER, IRENE M
Taxpayer ID No: *******9298
For Period Ending: 12/11/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1396 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75374 | | | | | |
| 09/20/10 | 003009 | Wonder Lake Veterinary Clinic, Ltd.<br>5609 Wonder Lake Road<br>Wonder Lake, IL 60097 | Claim 000008, Payment 9.43294% | 7100-000 | | 81.56 | 4,404.92 |
| 09/20/10 | 003010 | LVNV Funding LLC as assignee of Citi<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000009, Payment 9.43256% | 7100-000 | | 635.91 | 3,769.01 |
| 09/20/10 | 003011 | eCAST Settlement Corp./Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000010, Payment 9.43264% | 7100-000 | | 1,018.86 | 2,750.15 |
| 09/20/10 | 003012 | eCAST Settlement Corp/ Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000011, Payment 9.43260% | 7100-000 | | 2,522.46 | 227.69 |
| 09/20/10 | 003013 | eCAST Settlement Corp/Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000012, Payment 9.43265% | 7100-000 | | 227.69 | 0.00 |

Account *******1396

| Count | Item | | Amount |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 0 | Deposits | | 0.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 0.00 |
| 0 | Adjustments In | | 0.00 |
| 1 | Transfers In | | 8,638.62 |
| | Total | $ | 8,638.62 |

| Count | Item | | Amount |
|---|---|---|---|
| 13 | Checks | | 8,638.62 |
| 0 | Adjustments Out | | 0.00 |
| 0 | Transfers Out | | 0.00 |
| | Total | $ | 8,638.62 |

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-50181 -ABG
Case Name: LESCHER, BARRY C
LESCHER, IRENE M
Taxpayer ID No: *******9298
For Period Ending: 12/11/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1396 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 8,500.00 | 18 | Checks | | 8,677.02 |
| 57 | Interest Postings | 177.02 | 0 | Adjustments Out | | 0.00 |
| | | | 1 | Transfers Out | | 8,638.62 |
| | Subtotal | $ 8,677.02 | | | | |
| | | | | Total | $ | 17,315.64 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 8,638.62 | | | | |
| | Total | $ 17,315.64 | | Net Total Balance | $ | 0.00 |